**No. 11-6355. In re Dwight Martin, Petitioner.**

565 U.S. 940, 132 S. Ct. 443, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7242.

October 11, 2011. Petition for writ of habeas corpus denied.

**No. 11-6375. In re Michael Gilyard, Petitioner.**

565 U.S. 940, 132 S. Ct. 443, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7193.

October 11, 2011. Petition for writ of habeas corpus denied.

**No. 11-6493. In re Gladstone McDowell, Petitioner.**

565 U.S. 940, 132 S. Ct. 443, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7223.

October 11, 2011. Petition for writ of habeas corpus denied.

**No. 11-302. In re Charles Simon, Petitioner.**

565 U.S. 940, 132 S. Ct. 433, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7222.

October 11, 2011. Petition for writ of mandamus denied.

**No. 11-5741. In re Fariba Parniani-Hayman, Petitioner.**

565 U.S. 940, 132 S. Ct. 413, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7167.

October 11, 2011. Petition for writ of mandamus denied.

**No. 11-6128. In re Ronald Lee Couch, Jr., Petitioner.**

565 U.S. 940, 132 S. Ct. 429, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7249,

October 11, 2011. Petition for writ of mandamus denied.

**No. 11-6285. In re Amir Moghaddam, Petitioner.**

565 U.S. 941, 132 S. Ct. 438, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7184.

October 11, 2011. Petition for writ of mandamus denied.